JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RM COMPANY, et al.,<br><br>                    Defendants. | Case No. CV 20-7939 FMO (PLAx)<br><br>**JUDGMENT** |

        IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 10th day of December, 2020.

                                                                            /s/
                                                            Fernando M. Olguin
                                                            United States District Judge